GAULDEN<br>v.<br>McPHAUL.

It is, therefore, ordered that the judgment of the District Court be annulled and reversed, and that the plaintiff recover from defendant the sum of $100, with interest from this date, and costs of suit in the District Court, and that he pay the costs of this appeal.

---

## MAYOR, &c. OF DONALDSONVILLE v. RICHARD et al.

No appeal will lie from a judgment rendered by the mayor of a town, for a sum under three hundred dollars, for an alleged infraction of an ordinance of the corporation, where the only question raised is as to the constitutionality of an act of the legislature vesting judicial power in the officer who rendered the judgment.

APPEAL from a judgment rendered by the Mayor of Donaldsonville. *Duffel* and *Seghers*, for the plaintiffs. *Ilsley*, for the appellants. The judgment of the court was pronounced by

EUSTIS, C. J. This is an appeal taken from a judgment rendered by the mayor of Donaldsonville for the sum of $30, for an alleged infraction of one of the town ordinances. It is brought before this court under article 63 of the constitution, as stated by counsel.

The only question raised in this case is, the constitutionality of an act of the legislature vesting judicial power in the officer who determined it. This question does not give this court jurisdiction of the cause under that article of the constitution. See *Devron* v. *First Municipality*, ante p.

*Appeal dismissed.*